**MIDWEST BRIDGE MANAGEMENT CORPORATION, a Michigan corporation, Stephen R. Zynda, David P. Zynda, Michael A. Zynda, and James K. Zynda, Plaintiffs–Appellants,**

v.

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendant–Appellee.**

No. 05–55613.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 11, 2007.

Filed April 27, 2007.

George T. Sinas, Esq., Sinas Dramis Brak Boughton & McIntyre, P.C., Lan-

sing, MI, Jason W. Johnson, Esq., Willingham & Cote, P.C., East Lansing, MI, Douglas J. Rovens, Esq., Marc J. Shrake, Esq., Zelle Hofmann Voelbel Mason & Gette, Los Angeles, CA, for Plaintiffs–Appellants.

Paul G. McNamara, Esq., Carlos Needham, Esq., Michael A. Gatto, Esq., O'Melveny & Myers, LLP, Los Angeles, CA, Daniel S. Rosenbaum, Becker & Poliakoff, West Palm Beach, FL, Andrew Hanan, Esq., Conrad O'Brien Gellman & Rohn, Philadelphia, PA, for Defendant–Appellee.

Before: B. FLETCHER and McKEOWN, Circuit Judges, and WHYTE *, District Judge.

MEMORANDUM **

For the reasons set forth in the district court's thorough and well-reasoned March 24, 2005 Minute Order Granting Connecticut General Life Insurance Company's Motion to Enforce Final Order against Class Members Midwest Bridge Life Insurance Corporation, Stephen R. Zynda, David P. Zynda, Michael A. Zynda, and James K. Zynda, we affirm.

**AFFIRMED.**

---

* The Honorable Ronald M. Whyte, United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

